**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1909**

IN RE:  LADONNA JONES,

             Debtor,

--------------------------

LADONNA JONES,

             Debtor – Appellant,

        and

ZVI GUTTMAN,

             Trustee,

        v.

REBECCA DALEY, ESQ.; MARC KIVITZ, ESQ.; JOHN H. DENICK,
ESQ.; DAVID ELLIN, ESQ.; KIM PARKER, ESQ.,

             Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:12-cv-03559-WMN)

Submitted:  March 25, 2014          Decided:  March 27, 2014

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ladonna Jones, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LaDonna Jones appeals the district court's order affirming the bankruptcy court's rulings on her motions for contempt.  We have reviewed the record and find no reversible error.  Accordingly, we grant leave to proceed informa pauperis and affirm for the reasons stated by the district court.  <u>Jones v. Kivitz</u>, No. 1:12-cv-03559-WMN (D. Md. June 25, 2013).  We deny Jones' motion for oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>